SUPPRESSED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 14-30076-DRH |
| ) | |
| WILLIAM J. MABIE, ) | Title 18, United States Code, |
| ) | Section 876(c) |
| Defendant. ) | |
| ) | **SUPPRESSED** |

**INDICTMENT**

FILED
APR 2 3 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**THE GRAND JURY CHARGES:**

## COUNT 1

### Mailing Threatening Communication

On or about January 30, 2012, in Bond County, within the Southern District of Illinois, the Central District of California, and elsewhere,

**WILLIAM J. MABIE,**

Defendant herein, did knowingly cause to be delivered by the United States Postal Service, according to the direction thereon, a written communication – namely, a letter dated January 29, 2012, addressed to the attention of a man having the initials, "J.B.," at the Bond County Sheriff's Department, in Greenville, Illinois, containing a threat to injure the person of another, namely: "what happens when I'm released – OH NO!! and seek justice – please, please NOT THAT! I asked Callahan if he would prosecute all you lying cocksuckers, or if he preferred kick your teeth

1

in – NO RESPONSE.  Could be all you maggots should look for a dentist – GROUP RATES . . . . Get Moving Cockwipe"; all in violation of Title 18, United States Code, Section 876(c).

## COUNT 2

### MAILING THREATENING COMMUNICATION

On or about January 23, 2012, in Bond County, within the Southern District of Illinois, the Central District of California, and elsewhere,

### WILLIAM J. MABIE,

Defendant herein, did knowingly cause to be delivered by the United States Postal Service, according to the direction thereon, a written communication – namely, a letter dated January 21, 2012, addressed to a woman having the initials, "D.D.," in Greenville, Illinois, containing a threat to injure the person of another, namely: "I asked Richard Callahan – US ATTORNEY if he preferred to prosecute, or have these people's teeth kicked down their throat – WELL – have you seen anyone prosecuted lately?  ME EITHER.  So there will be justice done"; all in violation of Title 18, United States Code, Section 876(c).

## COUNT 3

### MAILING THREATENING COMMUNICATION

On or about March 15, 2013, in Bond County, within the Southern District of Illinois, the District of Colorado, and elsewhere,

### WILLIAM J. MABIE,

Defendant herein, did knowingly cause to be delivered by the United States Postal Service, according to the direction thereon, a written communication – namely, a letter dated March 11, 2013, addressed to a woman having the initials, "D.D.," in Greenville, Illinois, containing a threat to injure the person of another, namely: "If you think the old boy fought hard, wait til you

see the length I'll go to get his property back"; all in violation of Title 18, United States Code, Section 876(c).

**A TRUE BILL**

_____
STEPHEN B. CLARK
Assistant United States Attorney

_____
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: Detention