IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 14-CR-30076-SPM |
| WILLIAM J. MABIE, | |
| Defendant. | |

## MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

This matter comes before the Court on Defendant William J. Mabie's *pro se* Motions for Sentence Reduction pursuant to 18 U.S.C. § 3582(c) and § 1B1.10 of the United States Sentencing Guidelines Manual [hereinafter Sentencing Guidelines] making Amendment 821 retroactive (Docs. 297, 307).

On June 13, 2024, Defendant Mabie filed a *pro se* Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 Amendment 821. (Doc. 297). In accordance with (now defunct) Administrative Order 362, Federal Public Defender Kim C. Freter was appointed to represent Defendant Mabie on June 26, 2024. (*See* Doc. 300). Attorney Freter filed a Motion to Withdraw as Attorney on August 9, 2024 in which she stated that "Counsel is unable to determine any non-frivolous basis for seeking relief for Mr. Mabie." (Doc. 303, p. 2). On September 3, 2024, Defendant Mabie filed a renewed Motion for Sentence Reduction pursuant to Amendment 821 (Doc. 307) and a Reply to Federal Public Defender Freter's Motion to Withdraw (Doc. 308).

In her Motion to Withdraw, Federal Public Defender Freter states that Defendant Mabie was initially "assessed 7 Criminal History Points and 2 additional 'status points' for being under a criminal justice sentence at the time of his offense of conviction." (Doc. 303, p. 1 (citing Doc. 55, ¶¶ 79, 80)). She writes that the application of Amendment 821 would reduce Defendant Mabie's Total Criminal History Score from 9 to 8, but that "a total criminal history score of 8 results in the same Criminal History Category IV for which Mr. Mabie was previously sentenced." (Doc. 303, p. 2).

The Court agrees that the application of Amendment 821 does not alter Defendant Mabie's Criminal History Category or his sentencing range in accordance with Chapter 5, Part A of the Sentencing Guidelines. Moreover, the Court notes that it recently assessed another sentence reduction pursuant to Amendment 821 filed in another of Defendant Mabie's criminal cases. *See* Case No. 15-cr-30158 (S.D. Ill. 2016) (Doc. 180). In his Reply to Federal Public Defender Freter's Motion to Withdraw, Defendant Mabie writes that "ONLY A COMPLETE LOWLIFE MAGGOT A.K.A. DISTRICT JUDGE/AUSA WOULD CALL THIS A MEANS TO JUSTICE." (Doc. 308, p. 2). He also makes various threats, writing "Correct your crimes or Burn in Hell." (*Id.*, p. 1). The Court notes that Defendant Mabie continues to engage in the same conduct which resulted in a jury convicting him of three counts of mailing threatening communications in violation of 18 U.S.C. § 876(c). (*See* Docs. 171–73).

Accordingly, both of Defendant William J. Mabie's Motions for Sentence Reduction pursuant to Amendment 821 (Docs. 297, 307) are **DENIED**. Additionally, Federal Public Defender Kim C. Freter's Motion to Withdraw as Attorney (Doc. 303) is **GRANTED**.

IT IS SO ORDERED.

DATED: September 4, 2024

*s/ Stephen P. McGlynn*
STEPHEN P. McGLYNN
U.S. District Judge
